UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BMO BANK N.A.,

                    Plaintiff,

        v.

ANR LOGISTICS LLC, NAZARIY
PONOMARENKO, and ANATOLIY
PONOMARENKO,

                    Defendants.

Case No. 3:26-mc-05001-TMC

ORDER DENYING APPLICATION FOR
WRIT OF GARNISHMENT

Before the Court is Plaintiff BMO Bank N.A.'s ("BMO Bank") application for writ of garnishment for property in which the Defendant/Judgment Debtor, ANR Logistics LLC, is believed to have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, U.S. Bank. Dkt. 1. For the following reason, the application is DENIED without prejudice.

Upon initial review, the Court finds that the application omits a form required by RCW 6.27.070(1). This form must also comply with RCW 6.27.190. More specifically, the Writ commands an answer "according to the instructions in this writ and the answer forms," but provides no answer form. Dkt. 1-1 at 2. The application is DENIED without prejudice as

ORDER DENYING APPLICATION FOR WRIT OF GARNISHMENT - 1

"[g]arnishment is a statutory remedy that requires strict adherence to the procedures expressly authorized by statute." *Watkins v. Peterson Enters., Inc.*, 137 Wash. 2d 632, 640 (1999).

BMO Bank may file an amended application by March 13, 2026. The missing answer form may not be the only issue with the Writ; the Court has not scoured the remainder of the application. Because the statute requires strict compliance for the writ to issue, counsel should review closely the relevant statutory provisions regulating applications for writs of garnishment before filing any amended application.

If an amended application is not received by March 13, 2026, the Court will close the case.

Dated this 27th day of February, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER DENYING APPLICATION FOR WRIT OF GARNISHMENT - 2